No. 09–5003/AF. U.S. v. Brandon T. Rose. CCA 36508. The Judge Advocate General of the Air Force has requested that action be taken with respect to the following issue:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED IN FINDING INEFFECTIVE ASSISTANCE OF COUNSEL IN THIS CASE.

Briefs will be filed under Rule 25.

No. 11–0646/AR. U.S. v. Hector B. Lopez. CCA 20080736. Appellant's motion for leave to file out of time and motion for an extension of time to file the supplement to the petition for grant of review granted.

No. 12–0009/MC. U.S. v. Brandon M. Magnan. CCA 201000414. Appellant's motion for leave to file the supplement to the petition for grant of review separately is granted to September 28, 2011.

No. 12–0015/AR. U.S. v. Marvin C. Simpson. CCA 20091039. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 3, 2011.

No. 12–0022/AR. U.S. v. Warren B. Gilbertson. CCA 20080428. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 3, 2011.